

RECEIVED
IN MONROE, LA

FEB 20 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| HENRY GRAY | CIVIL ACTION NO. 3:06CV1926 |
| VERSUS | JUDGE JAMES |
| WARDEN UNION PARISH DETENTION CTR | MAGISTRATE JUDGE HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__X__  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

____  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at MONROE, LOUISIANA, this __16__ day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE